UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BADEN BADEN, INC.

                      Plaintiff,

  -against-

AUBREY DRAKE GRAHAM, and OCTOBER'S VERY OWN MERCHANDISING d/b/a OVO,

                      Defendants.
_____

Case No. 13 CV 5986 (GBD)

       PLEASE TAKE NOTICE that Defendants Aubrey Drake Graham and October's Very Own Merchandising (together, the "Defendants") hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), before the Honorable Hon. George B. Daniels, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York  10007, for an order dismissing the Complaint of Plaintiff Baden Baden, Inc. with prejudice.  The basis for the Motion is set forth in the accompanying Memorandum of Law and Declaration of Jeffrey M. Movit dated December 13, 2013.

Dated:  New York, New York
        December 13, 2013

                                       MITCHELL SILBERBERG & KNUPP LLP

                                       By:  ___/s/ Christine Lepera_____
                                           Christine Lepera (ctl@msk.com)
                                           Jeffrey M. Movit  (jmm@msk.com)
                                           12 East 49th Street, 30th Floor
                                           New York, NY 10017
                                           Telephone: (212) 509-3900
                                           Facsimile:  (917) 546-7672
                                       *Attorneys for Defendants*