UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BADEN BADEN, INC.,

                Plaintiff,

   -against-

AUBREY DRAKE GRAHAM, et al,

                Defendants.

------------------------------------- x

<u>ORDER</u>

13 Civ. 5986 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled in this matter for February 26, 2014 at 9:30 A.M. is rescheduled for February 18, 2014 at 10:00 A.M. Oral argument on Defendants' motion to dismiss is also set for this date and time.

    All discovery in this matter is stayed until the February 18 conference.

Dated: New York, New York
       February 7, 2014

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 07 2014