UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BADEN BADEN, INC.,

                Plaintiff,

    -against-

AUBREY DRAKE GRAHAM, et al,

                Defendants.

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 19 2014
```

ORDER
13 Civ. 5986 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record at oral argument on February 18, 2014, Defendants' motion to dismiss the complaint (ECF No. 12) is DENIED.

Dated: New York, New York
       February 19, 2014

                                  SO ORDERED:

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge