**MS&K**

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
Of Counsel
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 02 2014

**SO ORDERED**

The conference is adjourned to January 13, 2015 at 9:30 a.m.

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

November 26, 2014

BY FAX (212-805-6737)

Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Baden Baden, Inc. v. Graham*, Case No. 13 CV 5986 (GBD) (RLE)
      *Baden Baden, Inc. v. Graham*, Case No. 13 CV 7521 (GBD) (RLE)

Dear Judge Daniels:

We are counsel for Defendants in the above-referenced actions.

We write to respectfully request that the Court adjourn the pretrial conference which is currently scheduled for December 2, 2014.

This adjournment is requested in the interest of conserving the parties' resources, as they have reached terms in principle for the resolution of these matters, and are working on papers to formalize same.

Counsel for Plaintiffs consents to this request. This is the second request for an adjournment of this date; this adjournment, if granted, would not affect any other deadlines.

We greatly appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Jeffrey M. Movit*

Jeffrey M. Movit
Of Counsel for
MITCHELL SILBERBERG & KNUPP LLP

cc:   Counsel for Plaintiffs *(via email)*

5629933.2/45132-00002

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM